**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Claim No: 2000A13203 |
| | § | |
| vs. | § | |
| | § | |
| Lori A. Gullekson | | |

# COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

## Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

## Venue

2. The defendant is a resident of Washtenaw County, Michigan within the jurisdiction of this Court and may be served with service of process at 8695 Aqua Lane, Ypsilanti, Michigan 48197.

## The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $611.16 |
| B. Current Capitalized Interest Balance and Accrued Interest | $879.85 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

| | |
|---|---|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$1,491.01** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

CERTIFICATE OF INDEBTEDNESS

LORI A. GULLEKSON
AKA: LORI GULLEKSON
3657 RIVERSIDE DR
CANTON, MI 48188-2325

SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/22/99.

On or about 8/20/91 the borrower executed promissory note(s) to secure loan(s) of $2,135.00 from Manufacturers National Bank, Detroit, MI at 8.00 percent interest per annum. This loan obligation was guaranteed by Michigan Higher Education Assistance Authority and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $1,382.39 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 4/20/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $752.61 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 6/28/95, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $273.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | | |
|---|---|---|
| Principal: | $ | 611.16 |
| Interest: | $ | 222.58 |
| Administrative/Collection Costs: | $ | 0.00 |
| Late fees | $ | 0.00 |
| Total debt as of 11/22/99 | $ | 833.74 |

Interest accrues on the principal shown here at the rate of $0.13 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/1/99

Name: [signature]
Title Loan Analyst
Branch Litigation Branch

MICHIGAN GUARANTY AGENCY
# Application and Promissory Note for a Guaranteed Student Loan

ARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097. 00790

AG- X-000026-06 D

SECTION I -- TO BE COMPLETED BY THE STUDENT -- READ THE INSTRUCTIONS -- TYPE OR PRINT IN INK

1 Social Security Number

2A Last Name, First, M.I., Permanent Home Address
Gulleksen, Lori A
32017 Cheboygan
Westland, MI 48185

2B Correct Item 2A in this space
Name
Address
City, State, Zip

Correct Item 1A in this space

Birthdate | Driver's License State No. | Area Code/Phone No. | U.S. Citizenship Status (check one) [X] 1 Citizen [ ] 2 Eligible Non-Citizen | Alien ID No.

References — You must provide separate adult references with different addresses (carefully read instructions).

| Name | Street, City, State, Zip | Area Code/Phone No. | Employer |
|---|---|---|---|
| Robert Gulleksen | 551 Larchmont, Westland MI 48185 | | Superior Wheels |
| Michelle McKindles | 31987 Laurel Park Livonia 48150 | (313) | Roddy Temporary Servic |
| Traci Gulleksen | 23453 Alta Loma Lake Forest, CA 92630 | | 18 Monterey on the Lake |

Intended Enrollment Status (check one) [X] 1 Full-time [ ] 2 At least half-time

Major Course of Study 03

Requested Loan Amount 2135.00

Loan Period For this Loan. Mo. Yr. From 9/91 To 6/92

Have you ever defaulted on an Education Loan? (check one) If yes, carefully read instructions. [ ] 1 Yes [X] 2 No

Do you have any unpaid student loans? (check one) If yes, carefully read instructions. If no, complete 13A through 13E with zeroes. [ ] 1 Yes [X] 2 No

Total unpaid balance of your most recent GSL. 0 .00

Interest rate on your most recent GSL. 0 %

Grade level of your most recent GSL

Beginning and ending dates of your most recent GSL. Mo. Yr. From 0 To 0

Total unpaid balance of all your Guaranteed Student Loans or any portion of this loan included in your Consolidation Loan. 0 .00

Name and Address of Previous Lender, if any. NONE

EE INSTRUCTIONS ON THE FRONT OF THE BOOKLET FOR ITEM 15.
5. PERMANENT RESIDENT OF / MI / SINCE MONTH / 6 / YEAR / 89 /

RECEIVED SEP 30 1991

Best Available Copy At Time of Imaging

romissory Note for a Guaranteed Student Loan

Signature of Student Borrower: Lori Gulleksen Date 8/20/91

SECTION II -- TO BE COMPLETED BY THE SCHOOL

Name and Address of School
DORSEY BUSINESS SCHOOL
30821 BARRINGTON AVE
MADISON HEIGHTS, MI 48071

School Code 004692

Area Code/Phone No. 313-585-9200

Grade Level Code 1

Correct Item 23A in this space

Anticipated Completion Date Mo. Yr. 6-92

Correct Item 24A in this space

Enrollment Period Covered by Loan Mo. Day Yr. 9-30-91 Mo. Day Yr. 6-26-92

Family Adjusted Gross Income 4545 .00

Estimated Cost of Attendance For Loan Period 13,567.00

Estimated Financial Aid for Loan Period 2400 .00

Expected Family Contribution 154 .00

Difference (27 minus the sum of 28 plus 29) 11,013 .00

Recommended Disbursement Date Mo. Day Yr. 9-30-91 Mo. Day Yr. 1-6-92 Mo. Day Yr.

Correct Item 29A in this space

I have read and understand the terms of the school certification printed on the back of the application.

Signature of Authorized Fin. Aid Director: Noreen Kaminski

Type or Print Name and Title: NOREEN KAMINSKI, FINANCIAL AID

Date 8-20-91

SECTION III -- TO BE COMPLETED BY THE LENDER

Name and Address of lending Institution.
MANUFACTURERS NATIONAL BANK
Manufacturers Bank
411 W. Lafayette
Detroit, Michigan 48226 1 0 0 3 1

Loan Amount Approved 2135.00

Interest Rate 8 %

Fee

Lender Code 806008

Anticipated Disbursement Date(s) Mo. Day Yr. Mo. Day Yr. Mo. Day Yr.

Area Code/Phone No. 222-4870

For Lender Use Only

Signature of Authorized Lending Official: Smith

Type or Print Name and Title: P. Smith AUTHORIZED AGENT 1 1 3 0 0

Date 10-1-91

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME 11/22/99 DATE